UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>        Plaintiff,<br><br>    v.<br><br>IN-N-OUT BURGERS, et al.,<br><br>        Defendants. | No.  1:16-cv-01786-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 8) |

     On February 7, 2017, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. No. 8.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 8, 2017**                      /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE